**THE MOORISH NATIONAL REPUBLIC FEDERAL GOVERNMENT NORTHWEST AFRICA.**
**THE MOORISH DIVINE AND NATIONAL MOVEMENT OF THE WORLD.**
*Northwest Amexem / Northwest Africa / North America.*
**'The North Gate'.**
Societas Republicae Ea Al Maurikanos.
Aboriginal and Indigenous Natural Peoples of the Land.
**The true and de jure Al Moroccans / Americans**

**United States District Court**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2**
**Easten Division**

Blue Island Police Department, et al.

Plaintiff,

V.

Case No: 1:18-cv-02403
Honorable Sara L. Ellis

El-Haj Malik Bey

Defendant.

FILED
JAN 24 2019
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

[JOINT] INITIAL STATUS REPORT

1. The Nature of the Case:

A. **Identify (names and contact information) for all attorneys of record for each party, including the lead trial attorney**.

I am El-Haj Malik Bey *ex rel* EL HAJ MALIK BRYANT defending my honor in Propria Persona Sui Juris (not to be confused with, nor substituted by, Pro Se by unauthorized had of another).

State attorney information is not available for the SIXTH MUNICIPAL DISTRICT COURTHOUSE a private corporation; foreign to the United States Republic. Located at 16501 South Kedzie MARKHAM, ILLINOIS 60428. There have been many State attorneys' assigned

1.21.14



to the Case No. YW-519-446 since its inception. Here are at two judges that were assigned to the case at this location not excluding any other judge or attorney that may have been assigned to this matter for this information is unknown.

JUDGE THOMAS J. CARROLL [Judge Thomas J. Carroll], foreign European colonist foreign to the United States Republic; and foreign to the organic Illinois Republic. 16501 South Kedzie Parkway MARKHAM, ILLINOIS 60428

JUDGE D'SOUZA [Judge D' Souza], foreign European colonist foreign to the United States Republic; and foreign to the organic Illinois Republic. 16501 South Kedzie Parkway MARKHAM, ILLINOIS 60428

State attorney information is not available for the CIRCUIT COURT OF COOK COUNTY a private corporation; foreign to the United States Republic. Located at 50 West Washington Street CHICAGO, ILLINOIS 60602. There have been many State attorneys' assigned to case no. F-03-13-3022 since its inception. Here is one judge that was assigned to the case at this location not excluding any other judge or attorney that may have been assigned to this matter for this information is unknown.

JUDGE KRISTAL ROYCE RIVERS [Judge Kristal Royce Rivers], foreign European colonist foreign to the United States Republic; and foreign to the organic Illinois Republic. 50 West Washington Street CHICAGO, ILLINOIS 60602

State attorney information is not available for the FULTON COUNTY STATE COURT a private corporation; foreign to the United States Republic. Located at 185 Central Ave ATLANTA, GEORGIA 30303. There have been many State attorneys' assigned to case no. F-03-13-3022 since its inception. Here is one judge and solicitor general that was assigned to the case at this location not excluding any other judge or attorney that may have been assigned to this matter for this information is unknown.

MAGISTRATE LILLIAN NASH CAUDLE [Lillian Nash Caudle], foreign European colonist foreign to the United States Republic; and foreign to the organic Georgia Republic. 185 Central Ave. Suite T-2655, ATLANTA, GEORGIA 30303

SOLICITOR GENERAL CARMEN D. SMITH [Carmen D. Smith] SG# SG-448126-10, foreign European colonist foreign to the United States Republic; and foreign to the organic Georgia Republic. 185 Central Avenue South West, ATLANTA, GEORGIA 30303

Lead trial attorney information is n/a due to the fact these cases have never been to trial.

1-21-14



B. **Briefly describe the nature of the claims asserted in the complaint and any counter claims and/or third party claims.**

Plaintiffs, European Foreign Colonist is with the 'want of jurisdiction' by knowingly and willingly conspiring (under a Color-of Authority) to deny this petitioner, El-Haj Malik Bey (after this Petitioner made a reservation of rights and stating for the record; appellation, correct spelling of appellation, and national status) his Inalienable Rights, the right to a Name and Nationality of his choosing, etc. The European Foreign Colonist alleged and assumed the Petitioner of being a Corporate Ward-ship 14th Amendment Artificial Negro Person / citizen, which resulted in an unlawful arrest-of rights, immunities and liberties; which is in direct contradiction to, and a violation of, the Fourth (IV) Amendment of the Constitution for the United States (Republic); violating Article VI of the Constitution, by way of violating The Treaty of Peace and Friendship of EIGHTEEN HUNDRED (1836) A.D.; Congressional Resolution # 75, Philadelphia Pennsylvania; a violation of Article 15 of 'The Universal Declaration of Human Rights' of Nineteen Hundred and Forty-Eight (1948) A.D. – General Assembly, United Nations; a violation of 'The Declaration of the Rights of The Child' of Nineteen Hundred and Fifty-Nine (1959) A.D.; and violating 'The Rights of Indigenous Peoples'; and that he European Foreign Colonist knowingly committed 'fraud' against the Petitioner (El-Haj Malik Bey) by abusing their authority, in that they failed to correct a known violation; and did not aid in preventing said such abuse of authority, while having (by law) the obligation to do so; and violated the Fifth Amendment of The Bill of Rights of Seventeen Hundred and Ninety-One (1791) A.D.; impeding the Peoples' **right to due process under the Law, and equal protection of the Law**, Article I Section X of the Organic American Republic Constitution of 1791 which secures this Petitioner the right.

C. **Briefly identify the major legal and factual issues in the case.**

El-Haj Malik Bey is a Moorish American National, Natural Person In Propria Persona he can never be a misrepresented construct instrument and definitely not by will can he be a citizen of the corporate UNITED STATES OF AMERICA or it's enclave THE STATE OF ILLINOIS or THE STATE OF GEORGIA. Nor can the corporate UNITED STATES OF AMERICA and its enclave THE STATE OF ILLINOIS or THE STATE OF GEORGIA have jurisdiction over El-Haj Malik Bey a Moorish American National. See Treaty of Peace and Friendship 1787/1836, Title 22 Chapter 2 Sections 141-143 received on 3/30/2018 with the Writ of Removal Case No.: 1 : 18-cv-02403 at the CLERK OF THE U.S. DISTRIRICT COURT UNITED STATES COURTHOUSE 219 SOUTHDEARBORN STREET CHICAGO, ILLINOIS 60604. El-Haj Malik Bey has not committed a crime. There has been no sworn affidavit by a flesh and blood injured party explaining how they were injured. For a crime to exist, there must be an injured party (Corpus Delicti) There can be no sanction or penalty imposed on one because of this Constiturional right. **Sherer v. Cullen 481 F. 945**




1·31·19

D. **State the relief sought by any of the parties.**

**The Enforcement of the following**: The Divine Constitution and By-Laws of the Moorish Science Temple of America; The Moorish Nation of North America; Act VI: By Being Moorish American, you are Part and Parcel of this said government and Must Live the Life Accordingly; Article VI of the United States Constitution Republic / The Treaty of Peace and Friendship of EIGHTEEN HUNDRED and THIRTY-SIX (1836) A.D., Classifies Moorish Americans as Federal Citizens Possessing Freehold by Inheritance Status-Truth A-1. See Article 3, Section 2 of 'The Constitution for the United States of America'. For monetary compensation relief from the abuse and violations of my liberties this can be found under the Relief section on page 24 of the Writ of Removal.

2. Jurisdiction: Explain why the court has subject matter of jurisdiction over the plaintiff(s)' claim(s).

A. **Identify all federal statutes on which federal question jurisdiction is based.**

The federal questions for this case is based on the Organic Constitution of the United States of 1791 which is the Supreme Law of the Land and this living document affirms the Treaty of Peace and Friendship of 1787/1836.

B. **If jurisdiction over any claims is based on diversity or supplemental jurisdiction:**

(1) This is a matter of diversity because I am of a Moorish American National and Article III Section II of the Organic United States Constitution of 1791 affirms that The Supreme court has original jurisdiction. Article VI of this said Constitution affirms the Treaty of Peace and Friendship 1787 to be valid.

(2) All Plaintiffs in this matter are employees of the STATE OF ILLINOIS and the STATE OF GEORGIA which makes them UNITED STATES CITIZENS. These are private European foreign corporations which do not have jurisdiction over a Moorish American National because we are not from the same Nation.

3. **Status of Service: Identify any defendants that have not been served.**

N/A

4. **Consent to Proceed Before a United States Magistrate Judge: Confirm that counsel have advised the parties that they may proceed before a Magistrate Judge if the consent unanimously and advise whethere there is, or is not, unanimous consent. Do NOT report whether individual parties have so consented.**

1219-19



I El-Haj Malik Bey, In Propria Persona, Sui Juris (not to be confused with Pro se), give consent to proceed.

5. Motions:

A. **Briefly describe any pending motions.**

B. **State whether the defendants(s) anticipate responding to the complaint by filing an answer or by means of a motion.**

There are no pending motions the defendant is aware of.

6. Case Plan:

A. **For Cases in the Mandatory Initial Discovery Pilot ("MIDP"): Provide a description of the parties' discussion of the mandatory discovery responses required by the MIDP. The report should describe the resolution of any limitations invoked by any party in its response, as well as any unresolved limitations or other discovery issues. The parties shall attach the initial and supplemental responses involved in any unresolved limitations or discovery issues. During the Rule 26(f) conference, the parties should discuss the mandatory initial discovery responses and seek to resolve any limitations they have made or intend to make.**

This case is not in the MIDP program.

B. Submit a proposal for a discovery plan

See Writ of Removal received on 3/30/2018 Case No.: 1 : 18-cv-02403 at the CLERK OF THE U.S. DISTRIRICT COURT UNITED STATES COURTHOUSE 219 SOUTHDEARBORN STREET CHICAGO, ILLINOIS 60604.

C. With respect to trial, indicate the following:

(1) Whether a jury trial is requested; and

(2) The probable length of trial.

If this case goes to trial I request a jury of my national peers.

7. Status of Settlement Discussions:

There have been no settlement discussions.

1-21-19

